EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Morgan Paul Ames <br> Delma S. Arrigoitia Peraza <br> Ian Arzuaga Otero <br> Milva E. Dordal Hernández <br> Edna Rodríguez Valentín <br> Elsa Mabel Román Abreu | 2002 TSPR 87 <br><br> 157 DPR \_\_\_\_ |

Número del Caso: 6724, 4250, 8332, 12183, 8440 y 9296


Fecha: 11/marzo/2002


Colegio de Abogados de Puerto Rico:
                        Lcda. Sheila I. Vélez Martínez
                        Directora Ejecutiva



Materia: Suspensión del ejercicio de la abogacía por no haber satisfecho
         el pago de la cuota de colegiación.
         (La suspensión es efectiva a partir del 7 de junio de 2002, fecha
         en que se le notificó al abogado el Per Curiam y Sentencia).

    Este documento constituye un documento oficial del Tribunal
    Supremo que está sujeto a los cambios y correcciones del proceso
    de compilación y publicación oficial de las decisiones del
    Tribunal. Su distribución electrónica se hace como un servicio
    público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

| | | |
|---|---|---|
| Morgan Paul Ames | 6724 | Querella sobre |
| Delma S. Arrigoitia Peraza | 4250 | suspensión del |
| Ian Arzuaga Otero | 8332 | ejercicio de la |
| Milva E. Dordal Hernández | 12183 | abogacía y la |
| Edna Rodríguez Valentín | 8440 | Notaría |
| Elsa Mabel Román Abreu | | |

PER CURIAM

San Juan, Puerto Rico, a 11 de marzo de 2002.

Mediante Resolución (6724, 4250, 8332, 12183, 8440 y 9296) concedimos un término de veinte (20) días a las abogadas y abogados querellados de epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas Resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal conllevará su suspensión automática del ejercicio de la abogacía.

Dichas Resoluciones fueron notificadas por correo a la dirección de récord de los abogados querellados.

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado.

Por versar las Resoluciones 6724, 4250, 8332, 12183, 8440 y 9296 sobre el mismo asunto, falta de pago de la cuota de colegiación, para propósitos decisorios se consolidan.

Tomando en consideración su renuencia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales, Rubin, 139 D.P.R. 44 (1995); In re: Serrallés III, supra; Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Colón Torres, 129 D.P.R. 490 (1991); In re: Pérez Benabe, 133 D.P.R. 361 (1993); In re: Ribas Dominici, 131 D.P.R. 491 (1992); In re: Nicot Santana, 129 D.P.R. 717 (1992), se decreta la suspensión inmediata e indefinida, y hasta que otra cosa disponga este Tribunal, del ejercicio de la abogacía de los abogados y abogadas de epígrafe.

El Tribunal, además, le impone a los querellados de epígrafe el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, y les ordena devolver cualesquiera honorarios recibidos por trabajos no realizados. También deberán informar de su suspensión a los distintos foros judiciales y administrativos del país.

Los querellados deberán certificarnos en treinta (30) días contados a partir de la notificación de esta Opinión Per Curiam, el cumplimiento con estos deberes, notificando también al Procurador General.

Este Per Curiam y la sentencia correspondiente se le notificará personalmente a los abogados o abogadas de epígrafe

a la última dirección que aparezca en el expediente personal del abogado. En los casos cuyas direcciones sean fuera de Puerto Rico, se les notificará por correo con acuse de recibo a la última dirección que aparece en los expedientes personales y una vez remitida, se considerará notificado al abogado o abogada de su suspensión y la misma será efectiva a partir de esa fecha.

Se dictará la sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Morgan Paul Ames (6724);                        Querella sobre
Delma S. Arrigoitia Peraza (4250);              suspensión del
Ian Arzuaga Otero (8332);                       ejercicio de la
Milva E. Dordal Hernández(12183);               abogacía y la
Enrique Gómez Rodríguez (4978)                   notaría
Edna Rodríguez Valentín (8440);
Elsa Mabel Román Abreu (9296);

SENTENCIA

San Juan, Puerto Rico, a 11 de marzo de 2002.

Por las razones que se expresan en la Opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión inmediata e indefinida  y hasta que otra cosa disponga este Tribuna del ejercicio de la abogacía de los abogados de epígrafe.

Los querellados notificarán a sus clientes que, por motivo de la suspensión no pueden continuar con su representación legal y devolverán a éstos los expedientes de los casos pendientes y los honorarios recibidos por trabajos no realizados.  Asimismo, informarán de su suspensión a cualquier Sala del Tribunal General de Justicia o a cualquier foro administrativo donde tengan algún caso pendiente.  Por último, tienen la obligación de acreditar y certificar ante este Tribunal, en el término de treinta (30) días, que se cumplió con lo antes señalado.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal Interina.

Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina